JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZIKUN CHEN, | Case No. EDCV 26-0627 SRM (PVC) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, ET AL., | |
| Respondents. | |

Pursuant to the Parties' Joint Proposed Grant of Petition (Dkt. No. 15), **IT IS ADJUDGED** that the Petition under 28 U.S.C. §2241 IS GRANTED, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's *Ex Parte* Application for Temporary Restraining Order (Dkt. No. 11) granted by the District Court on February 26, 2026, and the District Court's Order Entering Preliminary Injunction (Dkt. No. 13), issued on May 12, 2026.

**IT IS SO ORDERED.**

DATED: June 11, 2026

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE